IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADRIAN MARTIN VIVAS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-03582-FB |
| | § | |
| WARDEN, Karnes County Immigration | § | |
| Processing Center, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER OF DISMISSAL AND JUDGMENT**

Before the Court is Petitioner Adrian Martin Vivas' ("Petitioner") second Petition for Writ of Habeas Corpus ("Second Petition") (ECF No. 1), seeking release from Respondents' custody. Petitioner filed this Second Petition before the Court ruled on a motion to enforce Petitioner submitted in his first-filed petition, *Adrian Martin Vivas v. Warden, Karnes County Immigration Processing Center, et al.*, Civil Action No. SA-26-CV-01782-FB. The Court today has ruled on the motion to enforce and ordered Respondents' to release Petitioner from their custody. Accordingly, this Second Petition can be dismissed as moot.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE